UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __15__

---------------------------------------------
*Lorquet*
-v-
*Lochmann's Department Store*
---------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-2787__

JUDGE: __DLC__

DATE: __JULY 8, 2008__

*[U.S. DISTRICT COURT FILED JUL 08 2008 stamp]*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ------------------------------------------------

DOCUMENT DESCRIPTION                                              DOC. #

__CLERK'S CERTIFICATE__                                          _____

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__                      _____

(√) Original Record                    (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 8TH Day of July, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*Longueet*

-v-

*Loehmann's Dept. Store*

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-2787

JUDGE: DLC

DATE: JULY 8, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __14__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document  Description

_____               _____
_____               _____
_____               _____
_____               _____
_____               _____
_____               _____
_____               _____
_____               _____
_____               _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 8TH Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02787-DLC
#### Internal Use Only

Lorquet v. Loehmann's Department Store  
Assigned to: Judge Denise L. Cote  
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 03/17/2008  
Date Terminated: 06/24/2008  
Jury Demand: None  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2008 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 3/13/08) (laq) (Entered: 03/26/2008) |
| 03/17/2008 | 2 | COMPLAINT against Loehmann's Department Store. Document filed by Nolita Caridad Lorquet.(laq) (Entered: 03/26/2008) |
| 03/17/2008 | | SUMMONS ISSUED as to Loehmann's Department Store. (laq) (Entered: 03/26/2008) |
| 03/17/2008 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 03/26/2008) |
| 05/02/2008 | 3 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Loehmann's Department Store served on 4/22/2008, answer due 5/12/2008. Service was accepted by Karen Lapidus. Document filed by Nolita Caridad Lorquet. (dle) (Entered: 05/06/2008) |
| 05/09/2008 | 4 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MOTION to Dismiss the Complaint with exhibits and affirmation of Sharon Stern. Document filed by Loehmann's Department Store.(Stern, Sharon) Modified on 5/12/2008 (KA). (Entered: 05/09/2008) |
| 05/09/2008 | 5 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - MEMORANDUM OF LAW in Support re: 4 MOTION to Dismiss the Complaint with exhibits and affirmation of Sharon Stern. Document filed by Loehmann's Department Store. (Attachments: # 1 Appendix part 1 of 3, # 2 Appendix Part 2 of 3, # 3 Appendix Part 3 of 3)(Stern, Sharon) Modified on 5/12/2008 (KA). (Entered: 05/09/2008) |
| 05/12/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Sharon H. Stern to MANUALLY RE-FILE Document Motion to Dismiss, Document No. 4. This case is not ECF. (KA) (Entered: 05/12/2008) |
| 05/12/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Sharon H. Stern to MANUALLY RE-FILE Document Memorandum of Law in Support of Motion, Document No. 5. This case is not ECF. (KA) (Entered: 05/12/2008) |
| 05/12/2008 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Loehmann's Department Store.(pl) (Entered: 05/13/2008) |
| 05/12/2008 | 7 | MOTION for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the F.R.C.P. to Dismiss the Complaint for failure to state a claim, for lack of subject matter jurisdiction and untimeliness. Document filed by Loehmann's Department Store.(pl) (Entered: 05/13/2008) |
| 05/12/2008 | 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Dismiss. MOTION to Dismiss for Lack of Jurisdiction. Document filed by Loehmann's Department Store. (pl) (Entered: 05/13/2008) |
| 05/12/2008 | 9 | APPENDIX Of Cases Cited in 8 Memorandum of Law in Support of Motion. Document filed by Loehmann's Department Store.(pl) (Entered: 05/13/2008) |
| 05/16/2008 | 11 | (REPLY)RESPONSE to Motion re: 7 MOTION to Dismiss. MOTION to Dismiss for Lack of Jurisdiction. Document filed by Nolita Caridad Lorquet. (djc) (Entered: 06/12/2008) |
| 05/22/2008 | 10 | REPLY AFFIRMATION of Sharon H. Stern, Esq. in Support re: 7 MOTION to Dismiss. MOTION to Dismiss for Lack of Jurisdiction.. Document filed by Loehmann's Department Store. (pl) (Entered: 05/23/2008) |
| 06/23/2008 | 12 | OPINION AND ORDER #96163: granting 7 Motion to Dismiss. Defendant's May 12, 2008 motion to dismiss is granted. The Clerk of Court shall close the case. SO ORDERED. (Signed by Judge Denise L. Cote on 6/23/2008) Copies Mailed By Chambers.(tve) Modified on 6/25/2008 (jmi). (Entered: 06/23/2008) |
| 06/23/2008 | | Transmission to Judgments and Orders Clerk. Transmitted re: 12 Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction, to the Judgments and Orders Clerk. (tve) (Entered: 06/23/2008) |
| 06/24/2008 | 13 | CLERK'S JUDGMENT That for the reasons stated in the Court's Opinion and Order dated June 23, 2008, defendants May 12, 2008 motion to dismiss is granted; accordingly, the case is closed. (Signed by J. Michael McMahon, clerk on 6/24/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 06/24/2008) |
| 06/24/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Nolita Caridad Lorquet and to Attorney(s) of Record: Sharon H. Stern. (jab) (Entered: 06/25/2008) |
| 06/26/2008 | 14 | NOTICE OF APPEAL from 13 Clerk's Judgment. Document filed by Nolita Caridad Lorquet. Copies mailed to attorney(s) of record: Troutman Sanders LLP. (tp) (Entered: 07/03/2008) |
| 06/26/2008 | | Appeal Remark as to 14 Notice of Appeal filed by Nolita Caridad Lorquet. NO FEE. IFP GRANTED 3/13/08. (tp) (Entered: 07/03/2008) |
| 07/03/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 14 Notice of Appeal. (tp) (Entered: 07/03/2008) |
| 07/03/2008 | | Transmission of Notice of Appeal to the District Judge re: 14 Notice of Appeal. (tp) (Entered: 07/03/2008) |